UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22329-CIV-ROSENBAUM/SELTZER

THOR FREDRIK HOFF,

       Plaintiff,

v.

STEINER TRANSOCEAN, LTD.,

       Defendant.
_____/

## ORDER REQUIRING PARTIES TO FILE PROPOSED MEDIATION ORDER

The case is before the Court upon a review of the record. On September 21, 2012, the Court entered a Scheduling Order requiring the parties to file a Proposed Order Scheduling Mediation, setting forth the date, time, and location for mediation on or before March 19, 2013. D.E. 26 at 1. To date, however, the parties have not filed their Proposed Order.

Accordingly, it is **ORDERED and ADJUDGED** that on or before **March 29, 2013**, the parties shall file their Proposed Order Scheduling Mediation with the Court. Failure to timely comply with this Order may result in sanctions being imposed on the offending party or parties.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 22nd day of March 2013.

                                              ROBIN S. ROSENBAUM
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Barry S. Seltzer
Counsel of record